

1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                 IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR COMPLAINT AFFIDAVIT, ARREST WARRANT, AND CRIMINAL COMPLAINT CONCERNING: <br><br> AWS MOHAMMED YOUNIS AL-JAYAB | 2:16- MJ – 1 EFB <br><br> [PROPOSED] ORDER TO UNSEAL COMPLAINT AFFIDAVIT, ARREST WARRANT, AND CRIMINAL COMPLAINT |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 1-7-2016

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL ARRESTING DOCUMENTS