1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**FILED**

JAN 0 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION | 2:16- MJ – 1 EFB
   | OF THE UNITED STATES OF AMERICA  |
   | FOR COMPLAINT AFFIDAVIT, ARREST  | [PROPOSED] ORDER TO UNSEAL COMPLAINT
12 | WARRANT, AND CRIMINAL COMPLAINT  | AFFIDAVIT, ARREST WARRANT, AND
   | CONCERNING:                      | CRIMINAL COMPLAINT FOR A LMITED
13 |                                  | PURPOSE
   | AWS MOHAMMED YOUNIS AL-JAYAB     |
14

15     Upon application of the United States of America and good cause having been shown,

16     IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

17 ordered unsealed for the limited purpose stated in the government's request.

18 Dated: 1-7-2016

19                                         The Honorable Edmund F. Brennan
                                           UNITED STATES MAGISTRATE JUDGE
20

[PROPOSED] ORDER TO UNSEAL ARRESTING
DOCUMENTS