HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
AWS MOHAMMED YOUNIS AL-JAYAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-008 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| AWS MOHAMMED YOUNIS AL-JAYAB, | DATE: March 17, 2016<br>TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through JILL THOMAS, Assistant U.S. Attorney and defendant AWS MOHAMMED YOUNIS AL-JAYAB by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for March 17, 2016 be continued to May 12, 2016 at 9:00 a.m.

To date, the government has provided close to 300,000 pages of discovery with more forthcoming. The discovery provided also includes grand jury subpoenas and many hours of recordings. The grounds for this continuance are that defense counsel require additional time to review the voluminous discovery that has been and will be produced, and to investigate the facts of the case.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation,

taking into account the exercise of due diligence pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4); and for complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (Local Code T-2).

DATED: March 15, 2016                    Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Benjamin Galloway*
                                                  BENJAMIN GALLOWAY
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  AWS MOHAMMED YOUNIS AL-JAYAB

DATED: March 15, 2016                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  */s/ Jill Thomas*
                                                  JILL THOMAS
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including May 12, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4); and for complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (Local Code T-2). It is further ordered that the March 17, 2016 status conference shall be continued until May 12, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  March 17, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT