HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
AWS MOHAMMED YOUNIS AL-JAYAB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-008 MCE |
|---|---|
| Plaintiff, | ) JOINT REQUEST THAT DEFENDANT BE HELD IN CHICAGO AND DEFENDANT'S WAIVER OF PERSONAL APPEARANCE |
| v. | ) |
| AWS MOHAMMED YOUNIS AL-JAYAB, | ) Judge:  Hon. Morrison C. England, Jr. |
| Defendant. | ) |

The United States of America through JILL THOMAS, Assistant U.S. Attorney and defendant AWS MOHAMMED YOUNIS AL-JAYAB by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, agree and hereby respectfully request that defendant be held in Chicago, Illinois during the pendency of Case No. 16-cr-181-1 in the Northern District of Illinois.

With respect to Case No. 2:16-cr-008 MCE now pending in the Eastern District of California, defendant hereby waives pursuant to Rule 43 of the Federal Rules of Criminal Procedure the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court

may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated:      4-12      , 2016

                /s/  Aws Mohammed Younis Al-Jayab
                AWS MOHAMMED YOUNIS AL-JAYAB
                Original retained by attorney

I agree and consent to my Client's waiver of appearance.

DATED:    April 13, 2016                    Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

                /s/ Benjamin Galloway
                BENJAMIN GALLOWAY
                Assistant Federal Defender
                Attorney for Defendant
                AWS MOHAMMED YOUNIS AL-JAYAB

DATED:   April 13, 2016                    BENJAMIN B. WAGNER
                United States Attorney

                /s/ Jill Thomas
                JILL THOMAS
                Assistant U.S. Attorney
                Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  April 13, 2016

                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                UNITED STATES DISTRICT COURT