HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
AWS MOHAMMED YOUNIS AL-JAYAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AWS MOHAMMED YOUNIS AL-JAYAB,<br><br>　　　　　　Defendant. | Case No. 2:16-cr-008 MCE<br><br>STIPULATION AND ORDER TO CONTINUE FILING DEADLINES<br><br>JUDGE:  Hon. Morrison C. England, Jr. |

　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Aws Mohammed Younis Al-Jayab, that the Government will file its first ex parte CIPA Section 4 motion by February 23, 2017.  The defendant may file any ex parte statements of defense or motions to challenge the Government's ex parte CIPA Section 4 motion by February 23, 2017.

　　　The requested continuance is in response to a continuance of CIPA filing dates in the companion case in the Northern District of Illinois.

[Rest of the page left blank intentionally]

DATED: January 5, 2017                               Respectfully submitted,

                                                     HEATHER E. WILLIAMS
                                                     Federal Defender

                                                     */s/ Benjamin Galloway*
                                                     BENJAMIN GALLOWAY
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     AWS MOHAMMED YOUNIS AL-JAYAB


DATED: January 5, 2017                               PHILLIP A. TALBERT
                                                     United States Attorney

                                                     */s/ Heiko Coppola*
                                                     HEIKO COPPOLA
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

Stipulation and Order                           -2-

**O R D E R**

The Court orders that that the Government will file its first ex parte CIPA Section 4 Motion by February 23, 2017. The defendant may file any ex parte statements of defense or motions to challenge the Government's ex parte CIPA Section 4 motions by February 23, 2017.

IT IS SO ORDERED.

Dated: January 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE