1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   AWS MOHAMMED YOUNIS AL-JAYAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-008 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | AND FILING DEADLINES |
| AWS MOHAMMED YOUNIS AL-JAYAB, | ) | |
| | ) | DATE:  August 24, 2017 |
| Defendant. | ) | TIME:  10:00 a.m. |
| | ) | JUDGE: Hon. Morrison C. England, Jr. |

By previous order, this matter was set for status conference on August 24, 2017, with CIPA Section 4 pleadings to be filed by April 20, 2017.

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for Aws Mohammed Younis Al-Jayab, that the Government will file its first ex parte CIPA Section 4 motion by June 15, 2017. The defendant may file any ex parte statements of defense or motions to challenge the Government's ex parte CIPA Section 4 motion by June 15, 2017.

The parties further agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case

includes investigative reports and other documents. To date the United States has produced approximately 284,000 pages of unclassified discovery directly to defense counsel for review, with at least an additional 123,000 pages to follow. The government has also produced a voluminous amount of classified discovery to defense counsel, with much more to follow.

      b)    Counsel for defendant desires additional time to consult with his client, review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to prepare pretrial motions, and to otherwise prepare for trial.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

DATED: April 17, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin Galloway*
　　　　　　　　　　　　　　　　　　　　BENJAMIN GALLOWAY
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　AWS MOHAMMED YOUNIS AL-JAYAB

DATED: April 17, 2017　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Heiko Coppola*
　　　　　　　　　　　　　　　　　　　　HEIKO COPPOLA
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that that the Government will file its first ex parte CIPA Section 4 Motion by June 15, 2017. The defendant may file any ex parte statements of defense or motions to challenge the Government's ex parte CIPA Section 4 motions by June 15, 2017.

IT IS SO ORDERED.

Dated: April 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE