HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
AWS MOHAMMED YOUNIS AL-JAYAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-008 MCE |
| Plaintiff, | NOTICE OF EXCLUSION OF TIME; ORDER |
| v. | |
| AWS MOHAMMED YOUNIS AL-JAYAB, | |
| Defendant. | |

On the Court's own motion of July 21, 2017, the status conference scheduled for August 24, 2017 is vacated and continued to August 31, 2017 at 10:00 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 31, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 25, 2017                                     Respectfully submitted,

                                                          HEATHER E. WILLIAMS
                                                          Federal Defender

                                                          */s/ Benjamin Galloway*
                                                          BENJAMIN GALLOWAY
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          AWS MOHAMMED YOUNIS AL-JAYAB

1

2   DATED: July 25, 2017                          PHILLIP A. TALBERT
                                                  United States Attorney
3
                                                  */s/ Jill Thomas*
4                                                 JILL THOMAS
                                                  Assistant U.S. Attorney
5                                                 Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Exclusion of Time; Order            -2-

**O R D E R**

The Court orders the time from the date of the parties stipulation, up to and including August 31, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), 18 U.S.C. §3161(7)(A) and Local Code T4. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: July 26, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE