1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   AWS MOHAMMED YOUNIS AL-JAYAB
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 2:16-cr-008 MCE
                                       )
12                 Plaintiff,          )  STIPULATION AND ORDER
                                       )  TO CONTINUE STATUS CONFERENCE
13        v.                           )  AND FILING DEADLINES
                                       )
14  AWS MOHAMMED YOUNIS AL-JAYAB,      )
                                       )  DATE:      September 28, 2017
15                 Defendant.          )  TIME:      10:00 a.m.
                                       )  JUDGE:     Hon. Morrison C. England, Jr.
16

17

18        By previous order, this matter was set for status conference on September 28, 2017, with

19  CIPA Section 4 pleadings to be filed by October 19, 2017.

20        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

21  Attorney, through Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather

22  Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway,

23  attorneys for Aws Mohammed Younis Al-Jayab, that the status conference scheduled for

24  September 28, 2017 be vacated and continued to October 26, 2017 at 10:00 a.m.  The

25  Government will file its first ex parte CIPA Section 4 motion by November 16, 2017.  The

26  defendant may file any ex parte statements of defense or motions to challenge the Government's

27  ex parte CIPA Section 4 motion by November 16, 2017.

28        The parties further agree and stipulate, and request that the Court find the following:

    Stipulation and Order              -1-

1    a)    The government has represented that the discovery associated with this case

2    includes investigative reports and other documents. To date the United States has produced

3    approximately 284,000 pages of unclassified discovery directly to defense counsel for review,

4    with at least an additional 123,000 pages to follow.  The government has also produced a

5    voluminous amount of classified discovery to defense counsel, with much more to follow.

6    b)    Counsel for defendant desires additional time to consult with his client, review the

7    current charges, to conduct investigation and research related to the charges, to review discovery

8    for this matter, to prepare pretrial motions, and to otherwise prepare for trial.

9    c)    Counsel for defendant believes that failure to grant the above-requested

10   continuance would deny him the reasonable time necessary for effective preparation, taking into

11   account the exercise of due diligence.

12   d)    Based on the above-stated findings, the ends of justice served by continuing the

13   case as requested outweigh the interest of the public and the defendant in a trial within the

14   original date prescribed by the Speedy Trial Act.

15   e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

16   et seq., within which trial must commence, the time period of September 6, 2017 to October 26,

17   2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

18   T4] because it results from a continuance granted by the Court at defendant's request on the basis

19   of the Court's finding that the ends of justice served by taking such action outweigh the best

20   interest of the public and the defendant in a speedy trial.

21       The Court has previously found this matter to be complex within the meaning of 18

22   U.S.C. § 3161(h)(7)(b)(ii) [Local Code T-2]. The parties stipulate that exclusion of time

23   continues to be appropriate under Local Code T-2.

24       Additionally, the defendant is pending trial on other charges in the Northern District of

25   Illinois and this Court has previously excluded time on this basis pursuant to 18 U.S.C. §

26   3161(h)(1)(B) [Local Code M]. The parties stipulate that exclusion of time continues to be

27   appropriate under Local Code M.

28

     Stipulation and Order                    -2-

1    DATED: September 6, 2017                     Respectfully submitted,

2
                                                  HEATHER E. WILLIAMS
3                                                 Federal Defender

4                                                 /s/ Benjamin Galloway
                                                  BENJAMIN GALLOWAY
5                                                 Assistant Federal Defender
                                                  Attorney for Defendant
6                                                 AWS MOHAMMED YOUNIS AL-JAYAB

7
     DATED: September 6, 2017                     PHILLIP A. TALBERT
8                                                 United States Attorney

9                                                 /s/ Jill Thomas
                                                  JILL THOMAS
10                                                Assistant U.S. Attorney
                                                  Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including October 26, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4); for complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (Local Code T-2); and pursuant to 18 U.S.C. § 3161(h)(1)(B) [Local Code M]. It is further ordered that the September 28, 2017 status conference shall be continued until October 26, 2017, at 10:00 a.m.

The Court also orders that that the Government will file its first ex parte CIPA Section 4 Motion by November 16, 2017. The defendant may file any ex parte statements of defense or motions to challenge the Government's ex parte CIPA Section 4 motions by November 16, 2017.

IT IS SO ORDERED.

Dated: September 7, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE