HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
AWS MOHAMMED YOUNIS AL-JAYAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-008 MCE |
| Plaintiff, | STIPULATION AND ORDER TO ADD MEMBER OF DEFENSE TEAM TO PROTECTIVE ORDER |
| v. | |
| AWS MOHAMMED YOUNIS AL-JAYAB, | |
| Defendant. | |

A stipulated Protective Order was issued in this case on May 6, 2016, pursuant to Sections 3 and 9 of the Classified Information Procedures Act, 18 U.S.C. App. 3 (2006) and related authorities. *See* CR 28 at 1 – 2. Such order specified the means and terms by which classified information is to be accessed and handled so as to prevent the unauthorized use, disclosure or dissemination of classified national security information and documents that will be reviewed by or made available to, or are otherwise in the possession of, defense counsel in this case. Paragraph 11 of the Order requires that the parties obtain the Court's approval for any additional team members reasonably required by the Defense to obtain access to such classified information and documents.

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather

Stipulation and Order -1-

Williams, Federal Defender, through Chief Assistant Federal Defender, Benjamin D. Galloway, attorneys for Aws Mohammed Younis Al-Jayab, that Assistant Federal Defender, Hannah R. Labaree, be approved under the terms of the original Protective Order (CR 28) for access to the classified information and documents in this case. The Defense reasonably requires the additional assistance of Ms. Labaree in this case based on the voluminous quantity of classified discovery in the case and Mr. Galloway's need to shift some of his time to other responsibilities and matters. Ms. Labaree has met the preconditions to access of classified information and documents as specified at paragraph 10(A)(1) and (3) of the Order (*see* CR 28 at 5).

DATED: October 3, 2017          Respectfully submitted,

                                               HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
BENJAMIN D. GALLOWAY
Chief Assistant Federal Defender
Attorney for Defendant
AWS MOHAMMED YOUNIS AL-JAYAB

DATED: October 3, 2017          PHILLIP A. TALBERT
United States Attorney

*/s/ Jill Thomas*
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the preconditions at paragraph 10(A)(1) and (3) have been met, and thus orders that Assistant Federal Defender, Hannah R. Labaree, be approved for access by the terms of the original Protective Order at CR 28, to the classified information and documents that will be reviewed or made available to, or are otherwise in the possession of, defense counsel in this case.

IT IS SO ORDERED.

Dated: October 6, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE