IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-0008 MCE |
| Plaintiff, | ) ) | ORDER TO FILE UNDER SEAL |
| v. | ) ) | |
| AWS MOHAMMED YOUNIS AL-JAYAB, | ) ) ) | |
| Defendant. | ) ) | |

It is hereby ordered that the request to seal the Memoranda of Understanding concerning the Protective Order covering classified discovery be granted.

IT IS SO ORDERED.
Dated: October 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order  -1-