HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
SEAN RIORDAN, #255752
HANNAH R. LABAREE, #294338
Assistant Federal Defenders
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
AWS MOHAMMED YOUNIS AL-JAYAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AWS MOHAMMED YOUNIS AL-JAYAB,<br><br>Defendant. | Case No. 2:16-cr-008 MCE<br><br>STIPULATION AND ORDER<br>TO ADD MEMBER OF DEFENSE TEAM<br>TO PROTECTIVE ORDER |

A stipulated Protective Order was issued in this case on May 5, 2016, pursuant to Sections 3 and 9 of the Classified Information Procedures Act, 18 U.S.C. App. 3 (2006) and related authorities. *See* CR 28 at 1 – 2. Such order specified the means and terms by which classified information is to be accessed and handled so as to prevent the unauthorized use, disclosure or dissemination of classified national security information and documents that will be reviewed by or made available to, or are otherwise in the possession of, defense counsel in this case. Paragraph 11 of the Order requires that the parties obtain the Court's approval for any additional team members reasonably required by the Defense to obtain access to such classified information and documents.

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Chief Assistant Federal Defender, Benjamin D. Galloway, attorneys for Aws Mohammed Younis Al-Jayab, that Paralegal, Julie A. Denny, be approved under the terms of the original Protective Order (CR 28) for access to the classified information and documents in this case. The Defense reasonably requires the additional assistance of Ms. Denny in this case based on the voluminous quantity of classified discovery in the case and the fact that two of three assigned defense counsel will be in trial on another case starting in late February, 2018, for a minimum of two months. Ms. Denny has met the preconditions to access of classified information and documents as specified at paragraph 10(A)(1) and (3) of the Order (*see* CR 28 at 5).

DATED: January 31, 2018      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
BENJAMIN D. GALLOWAY
Chief Assistant Federal Defender
Attorney for Defendant
AWS MOHAMMED YOUNIS AL-JAYAB

DATED: January 31, 2018      MCGREGOR W. SCOTT
United States Attorney

*/s/ Jill Thomas*
JILL THOMAS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It finds that the preconditions at paragraph 10(A)(1) and (3) have been met, and thus orders that Paralegal, Julie A. Denny, be approved for access by the terms of the original Protective Order at CR 28, to the classified information and documents that will be reviewed or made available to, or are otherwise in the possession of, defense counsel in this case.

IT IS SO ORDERED.

Dated: February 5, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE