IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-008 MCE |
| Plaintiff, | ORDER TO FILE UNDER SEAL |
| v. | |
| AWS MOHAMMED YOUNIS AL-JAYAB, | |
| Defendant. | |

It is hereby ordered that the request to seal the Memorandum of Understanding concerning the Protective Order covering classified discovery be granted.

IT IS SO ORDERED.

Dated: February 6, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE