HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
AWS MOHAMMED YOUNIS AL-JAYAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-008 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) AND FILING DEADLINES |
| AWS MOHAMMED YOUNIS AL-JAYAB, | ) DATE: May 31, 2018 |
| Defendant. | ) TIME: 10:00 a.m. |
| | ) JUDGE: Hon. Morrison C. England, Jr. |

By previous order, this matter was set for status conference on September 13, 2018, with CIPA Section 4 pleadings to be filed by September 6, 2018.

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for Aws Mohammed Younis Al-Jayab, that the status conference scheduled for September 13, 2018 be vacated and continued to November 15, 2018 at 10:00 a.m. The Government will file its first ex parte CIPA Section 4 motion by November 8, 2018. The defendant may file any ex parte statements of defense or motions to challenge the Government's ex parte CIPA Section 4 motion by November 8, 2018.

The parties further agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and other documents. To date, the United States has produced more than 400,000 pages of unclassified discovery directly to defense counsel for review. The government has also produced a voluminous amount of classified discovery to defense counsel.

b) Counsel for defendant desires additional time to consult with his client, review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to prepare pretrial motions, and to otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 13, 2018 to November 15, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Court has previously found this matter to be complex within the meaning of 18 U.S.C. § 3161(h)(7)(b)(ii) [Local Code T-2]. The parties stipulate that exclusion of time continues to be appropriate under Local Code T-2.

Additionally, the defendant is pending trial on other charges in the Northern District of Illinois and this Court has previously excluded time on this basis pursuant to 18 U.S.C. § 3161(h)(1)(B) [Local Code M]. The parties stipulate that exclusion of time continues to be appropriate under Local Code M.

| | | |
|---|---|---|
| 1 | DATED: July 31, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | */s/ Benjamin Galloway* |
| 5 | | BENJAMIN GALLOWAY<br>Chief Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | AWS MOHAMMED YOUNIS AL-JAYAB |
| 7 | | |
| 8 | DATED: July 31, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| 9 | | */s/ Heiko Coppola* |
| 10 | | HEIKO COPPOLA<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Time from the date of the parties stipulation, up to and including November 15, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4); for complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (Local Code T-2); and pursuant to 18 U.S.C. § 3161(h)(1)(B) [Local Code M]. It is further ordered that the September 13, 2018 status conference shall be continued until November 15, 2018, at 10:00 a.m.

The Court also orders that that the Government will file its first ex parte CIPA Section 4 Motion by November 8, 2018. The defendant may file any ex parte statements of defense or motions to challenge the Government's ex parte CIPA Section 4 motions by November 8, 2018.

IT IS SO ORDERED.

Dated: August 2, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE